**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **DAVID RICHARD SHARP,** | Civil No. 2:16-cv-0872 RBL |
| Plaintiff, | |
| vs. | **ORDER FOR EAJA FEES, COSTS AND EXPENSES** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER of Social Security**, | |
| Defendant. | |

## **ORDER**

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and 28 U.S.C. §1920 and Plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as well as the stipulation of the parties it is hereby ORDERED that: EAJA attorney's fees of $5,885.19 and expenses of $3.29 ( postage), and costs of $407.60 (copies and filing fee), for a total of $6,296.08 shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel, Rosemary B. Schurman; however,

Order for EAJA Fees- 16-872 RBL  page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544

2)   If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees, costs and expenses directly to Rosemary B. Schurman.

Dated this 22nd day of November, 2016

_____
Ronald B. Leighton
United States District Judge

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA  98034
425-821-8577

Approved for Entry:
s/Rosemary B. Schurman (signed per authorization)
Danielle R Mroczek
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

Order for EAJA Fees- 16-872 RBL  page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law PLLC**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 888-821-0544**